```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ADELAIDA MUNIZ, | : | CIVIL ACTION |
| | : | NO. 11-7920 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| | : | |
|     Defendant. | : | |

### O R D E R

**AND NOW**, this **19th** day of **December, 2012**, it is hereby **ORDERED** that Plaintiff's objections are overruled, the Court **APPROVES** and **ADOPTS** Magistrate Judge Linda K. Caracappa's Report and Recommendation. Plaintiff's request for review is **DENIED**. Judgment is entered in this matter in favor of Defendant.

    **AND IT IS SO ORDERED.**

                                          /s/ EDUARDO C. ROBRENO
                                          **EDUARDO C. ROBRENO,     J.**